UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 24-14026-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**LUCAS CRISTOBAL-CRISTOBAL,**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek Mills Maynard following Change of Plea Hearing [ECF No. 23]. On September 13, 2024, Magistrate Judge Shaniek Mills Maynard held a Change of Plea hearing [ECF No. 18] during which Defendant pled guilty to the sole count of the Indictment [ECF No. 1] pursuant to a written plea agreement [ECF No. 19] and factual proffer [ECF No. 20]. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the sole count of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offense [ECF Nos. 1, 23]. No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 23] is **ACCEPTED**.

CASE NO. 24-14026-CR-CANNON

2. The guilty plea entered by Defendant **Lucas Cristobal-Cristobal** as to the sole count of the Indictment is **ACCEPTED**.

3. Defendant Lucas Cristobal-Cristobal is adjudicated guilty of the sole Count of the Indictment which charges him with illegal reentry after removal or deportation, in violation of Title 8 U.S.C. § 1326(a) and (b)(1) [ECF No. 1].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 3rd day of October 2024.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record